## Commonwealth *v.* Church, Appellant.

Submitted September 17, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-

conviction petition, including competence of counsel and right of appeal.

WRIGHT, P. J., dissents.